## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NORTH DAKOTA
### SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| Arnegard Holdings, LLC, and | ) | |
| Arnegard WW Holdings, LLC, | ) | |
| | ) | **ORDER GRANTING MOTION FOR** |
| Plaintiffs, | ) | **LEAVE TO FILE UNDER SEAL** |
| | ) | |
| vs. | ) | |
| | ) | |
| Tri-State Consulting Engineers, Inc., | ) | |
| Steven W. Syrcle, Advanced Wastewater | ) | Case No. 1:13-cv-124 |
| Engineering, P.C., and George Miles, | ) | |
| | ) | |
| Defendants. | ) | |

On December 11, 2013, the court issued an order requiring plaintiffs to file with the court a statement identifying the members of the plaintiff LLCs and each member's citizenship. The order stated that if plaintiffs believed the information was confidential, plaintiffs could move to file the disclosure under seal. On December 20, 2013, plaintiffs filed the required disclosure along with a motion for leave to file under seal, in which plaintiffs state that they believe the information relating to the ownership of the plaintiff entities is confidential. The court **GRANTS** the Motion for Leave to File Document Under Seal (Docket No. 27) and **ORDERS** the Statement of Members and Citizenship of the Plaintiffs (Docket No. 27-1) filed under seal.

Dated this 27th day of December, 2013.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court