# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| Arnegard Holdings, LLC, and<br>Arnegard WW Holdings, LLC,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>Tri-State Consulting Engineers, Inc.,<br>Steven W. Syrcle, Advanced Wastewater<br>Engineering, P.C., and George Miles,<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **ORDER GRANTING MOTION FOR**<br>**LEAVE TO FILE UNDER SEAL**<br><br><br><br>Case No. 1:13-cv-124 |

On January 13, 2014, the court issued an order requiring plaintiffs to file a statement disclosing the identities and citizenship of the beneficiaries of two trusts previously identified as members of the plaintiff LLCs. The order stated that if plaintiffs believed the information was confidential, plaintiffs could move to file the disclosure under seal. On January 21, 2014, plaintiffs filed the required disclosure along with a motion for leave to file under seal, in which plaintiffs state that they believe the information relating to the ownership of the plaintiff entities is confidential. The court **GRANTS** the Motion for Leave to File Document Under Seal (Docket No. 33) and **ORDERS** the Supplemental Statement of Members and Citizenship of the Plaintiffs (Docket No. 33-1) filed under seal.

　　　Dated this 22nd day of January, 2014.

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Charles S. Miller, Jr.*
　　　　　　　　　　　　　　　　　　　　　　　Charles S. Miller, Jr., Magistrate Judge
　　　　　　　　　　　　　　　　　　　　　　　United States District Court