**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| Arnegard Holdings, LLC, and | ) | |
| Arnegard WW Holdings, LLC, | ) | |
| | ) | **ORDER GRANTING MOTION FOR** |
| Plaintiffs, | ) | **LEAVE TO FILE UNDER SEAL** |
| | ) | |
| vs. | ) | |
| | ) | |
| Tri-State Consulting Engineers, Inc., | ) | |
| Steven W. Syrcle, Advanced Wastewater | ) | Case No. 1:13-cv-124 |
| Engineering, P.C., and George Miles, | ) | |
| | ) | |
| Defendants. | ) | |

On January 13, 2014, the court issued an order requiring plaintiffs to file a statement disclosing the identities and citizenship of the beneficiaries of two trusts previously identified as members of the plaintiff LLCs. The order stated that if plaintiffs believed the information was confidential, plaintiffs could move to file the disclosure under seal. On January 21, 2014, plaintiffs filed the required disclosure along with a motion for leave to file under seal, in which plaintiffs state that they believe the information relating to the ownership of the plaintiff entities is confidential. The court **GRANTS** the Motion for Leave to File Document Under Seal (Docket No. 33) and **ORDERS** the Supplemental Statement of Members and Citizenship of the Plaintiffs (Docket No. 33-1) filed under seal.

Dated this 22nd day of January, 2014.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court