# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | |
|---|---|
| Arnegard Holdings, LLC, <br> Arnegard WW Holdings, LLC, <br> and Titanium Builders, LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> Tri-State Consulting Engineers, Inc., <br> Steven W. Syrcle, Advanced Wastewater <br> Engineering, P.C., and George Miles, <br><br> Defendants. | **ORDER SETTING** <br> **STATUS CONFERENCE** <br> **RE DISCOVERY DISPUTE** <br><br><br> Case No. 1:13-cv-124 |

On June 18, 2014, pursuant to D.N.D. Civ. L.R. 37.1, counsel for defendants Tri-State Consulting Engineers, Inc., and Steven W. Syrcle contacted the court to request that a telephonic conference be scheduled to discuss plaintiffs' failure to respond to discovery requests and to make Rule 26 disclosures.

The court will hold a telephonic status conference to address the discovery dispute on June 27, 2014 at 10:00 AM CDT. The parties shall call the following number and enter the access code at that time:

    Number:    1-877-848-7030

    Access Code:  9768929

**IT IS SO ORDERED.**

Dated this 25th day of June, 2014.

                                                  */s/ Charles S. Miller, Jr.*
                                                Charles S. Miller, Jr., Magistrate Judge
                                                United States District Court