**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | |
|---|---|
| Arnegard Holdings, LLC, <br> Arnegard WW Holdings, LLC, <br> and Titanium Builders, LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> Tri-State Consulting Engineers, Inc., <br> Steven W. Syrcle, Advanced Wastewater <br> Engineering, P.C., and George Miles, <br><br> Defendants. | **ORDER ADOPTING STIPULATION <br> TO AMEND SCHEDULING ORDER** <br><br><br><br><br> Case No. 1:13-cv-124 |

Before to court is a "Stipulated Second Amended Joint 26(f) Proposed Scheduling Plan" filed on November 24, 2014. The court **ADOPTS** the stipulation (Docket No. 78) and **ORDERS** the existing Scheduling Order **AMENDED** as follows:

1. The parties shall have until April 29, 2015 to complete fact discovery and to file discovery motions.

2. The parties shall provide the names of expert witnesses and complete reports under Rule 26(a)(2) as follows:

   1. Plaintiffs shall disclose experts and opinions no later than May 12, 2015.

   2. Defendants shall disclose experts and opinions no later than June 10, 2015.

3. The parties shall have until June 30, 2015 to complete discovery depositions of expert witnesses.

4. The parties shall have until July 29, 2015 to file other nondispositive motions.

5. The parties shall have until July 29, 2015 to file other dispositive motions (summary

1

judgment as to all or part of the case).

6. The parties shall be ready to evaluate the case for settlement purposes by <u>April 29, 2015</u>.

Dated this 26th day of November, 2014.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court
