**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| Arnegard Holdings, LLC, <br> Arnegard WW Holdings, LLC, <br> and Titanium Builders, LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> Tri-State Consulting Engineers, Inc., <br> Steven W. Syrcle, Advanced Wastewater <br> Engineering, P.C., and George Miles, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | **ORDER GRANTING <br> MOTION TO COMPEL** <br><br><br><br><br> Case No. 1:13-cv-124 |

Before the court is "Defendants Tri-State Consulting Engineers, Inc. and Steven W. Syrcle's Motion for Entry of Order" filed December 17, 2014. Defendants request the issuance of an order requiring plaintiffs to provide full and complete responses to their discovery requests. Defendants have provided a proposed order, and plaintiffs' counsel has stipulated to entry of the order.

The court **GRANTS** the motion (Docket No. 82) and **ORDERS** as follows:

1. Plaintiffs are ordered to provide full and complete responses to Defendants' interrogatories and requests for production of documents regarding Plaintiffs' claimed damages within fourteen (14) days of the date of this order.

2. Plaintiffs shall fully respond to the following discovery requests:

   a. Defendants' Interrogatory No. 10 directed to Plaintiffs Arnegard Holdings, LLC and Arnegard WW Holdings, LLC;

   b. Defendants' Request for Production No. 5 directed to Plaintiffs Arnegard Holdings, LLC and Arnegard WW Holdings, LLC;

1

    c.    Defendants' Interrogatory No. 8 directed to Defendant Titanium Construction, LLC; and

    d.    Defendants' Request for Production No. 3 directed to Titanium Construction, LLC.

3.    If Plaintiffs fail to comply with this Order, Defendants may move for an order dismissing Plaintiffs' claims with prejudice, and for recovery of their attorney fees in costs with respect to the motion.

Dated this 18th day of December, 2014.

                                        */s/ Charles S. Miller, Jr.*
                                        Charles S. Miller, Jr., Magistrate Judge
                                        United States District Court