**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| Arnegard Holdings, LLC, | ) | |
| Arnegard WW Holdings, LLC, | ) | **ORDER ADOPTING STIPULATION** |
| and Titanium Builders, LLC, | ) | **TO AMEND SCHEDULING ORDER** |
| | ) | **AND RESETTING FINAL PRETRIAL** |
| Plaintiffs, | ) | **CONFERENCE AND BENCH TRIAL** |
| | ) | |
| vs. | ) | |
| | ) | |
| Tri-State Consulting Engineers, Inc., | ) | |
| Steven W. Syrcle, Advanced Wastewater | ) | Case No. 1:13-cv-124 |
| Engineering, P.C., and George Miles, | ) | |
| | ) | |
| Defendants. | ) | |

The parties submitted a "Stipulated Third Amended Joint 26(f) Proposed Scheduling Plan" to the court by email on February 27, 2015. The court **ADOPTS** the stipulated plan and **ORDERS** the existing Scheduling Order **AMENDED** as follows:

1. The parties shall have until July 31, 2015 to complete fact discovery and to file discovery motions.

2. The parties shall provide the names of expert witnesses and complete reports under Rule 26(a)(2) as follows:

   1. Plaintiffs shall disclose experts and opinions no later than August 7, 2015.

   2. Defendants shall disclose experts and opinions no later than August 28, 2015.

3. The parties shall have until September 18, 2015 to complete discovery depositions of expert witnesses.

4. The parties shall have until October 30, 2015 to file other nondispositive motions.

1

5. The parties shall have until October 30, 2015 to file other dispositive motions (summary judgment as to all or part of the case).

6. The parties shall be ready to evaluate the case for settlement purposes by November 3, 2015.

The final pretrial conference set for October 13, 2015 is reset for February 17, 2016 at 1:30 p.m. before Judge Miller. The conference will be conducted via telephone conference to be initiated by the court. The bench trial set for October 26, 2015 is reset for February 29, 2016 at 9:30 a.m. in Bismarck before Judge Miller. The case will be set for five (5) days of trial.

**IT IS SO ORDERED.**

Dated this 10th day of March, 2015.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court