**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| Arnegard Holdings, LLC, <br> Arnegard WW Holdings, LLC, <br> and Titanium Builders, LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> Tri-State Consulting Engineers, Inc., <br> Steven W. Syrcle, Advanced Wastewater <br> Engineering, P.C., and George Miles, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | **ORDER VACATING ORDER GRANTING MOTION TO WITHDRAW AS ATTORNEY** <br><br><br><br><br> Case No. 1:13-cv-124 |

On May 15, 2015, the court issued an order granting attorney Lance D. Schreiner's motion to withdraw as attorney for defendants Advanced Wastewater Engineering, P.C. ("Advanced Wastewater") and George Miles ("Miles"). Later that day, chambers received a voicemail from defendant Miles in which he complained that the court had peremptorily granted the motion without providing him an opportunity to object.

Upon further consideration, the court concludes that it acted prematurely and, for that reason, *sua sponte* **VACATES** its order granting attorney Schreiner's motion to withdraw (Docket No. 102). Defendant Miles shall have fourteen (14) days from the filing of this order to file a response providing any additional information he believes the court should consider before ruling on the motion to withdraw.

**IT IS SO ORDERED.**

Dated this 19th day of May, 2015.

1

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr., Magistrate Judge
United States District Court