# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| Arnegard Holdings, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Tri-State Consulting Engineers, Inc., | ) | |
| Steven W. Syrcle, Advanced Wastewater | ) | Case No. 1:13-cv-124 |
| Engineering, P.C., and George Miles, | ) | |
| | ) | |
| Defendants. | ) | |

On August 3, 2015, plaintiff filed a Motion Default Judgment against Defendant Advanced Wastewater Engineering P.C. (hereinafter referred to as "Advanced Wastewater Engineering") on the grounds that it was not represented by counsel despite having been given an opportunity to retain such counsel. On August 19, 2015, counsel filed a notice of appearance on behalf of Advanced Wastewater Engineering. Consequently, plaintiff's motion (Docket No. 108) is deemed **MOOT**.

**IT IS SO ORDERED.**

Dated this 25th day of August, 2015.

                                            */s/ Charles S. Miller, Jr.*
                                            Charles S. Miller, Jr., Magistrate Judge
                                            United States District Court