# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
## SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| Arnegard Holdings, LLC, Arnegard WW Holdings, LLC, and Titanium Builders, LLC, | ) ) ) ) | **ORDER** |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| Tri-State Consulting Engineers, Inc., Steven W. Syrcle, Advanced Wastewater Engineering, P.C., and George Miles, | ) ) ) | Case No. 1:13-cv-124 |
| Defendants. | ) ) | |

Before the court is a "Stipulation and Agreement to Enter Judgement Under Miller v. Schugert" filed by plaintiffs and Defendant Advanced Wastewater Engineering, P.C. on October 14, 2015. Therein Advanced Wastewater Engineering P.C. agreed that judgment would be entered against it in an amount of $450,000 inclusive of costs and disbursements. Plaintiffs agreed to enforce that judgment only as described in the parties' agreement and stipulation.

The court **ADOPTS** the parties' stipulation (Docket No. 118). Judgment shall be entered against Advanced Wastewater Engineering P.C. in the amount of $450,000 inclusive of costs and disbursements, subject to the terms agreed upon by the parties in their stipulation.

**IT IS SO ORDERED.**

Dated this 15th day of October, 2015.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr., Magistrate Judge
United States District Court