# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | |
|---|---|
| Arnegard Holdings, LLC, Arnegard WW Holdings, LLC, and Titanium Builders, LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> Tri-State Consulting Engineers, Inc., Steven W. Syrcle, Advanced Wastewater Engineering, P.C., and George Miles, <br><br> Defendants. | **ORDER** <br><br><br><br><br><br><br> Case No. 1:13-cv-124 |

Before the court is a "Stipulation to Dismiss claims Between Plaintiffs and George Miles" filed by the parties on October 15, 2015. The court **ADOPTS** the stipulation (Docket No. 120). All pending claim between plaintiffs and Defendant George Miles are **DISMISSED** with prejudice and without costs or disbursements to any party.

**IT IS SO ORDERED.**

Dated this 15th day of October, 2015.

>  */s/ Charles S. Miller, Jr.*
> Charles S. Miller, Jr., Magistrate Judge
> United States District Court